**Matt KOEHL**, Individually and as head of
The American Nazi Party and on behalf of the Estate of George Lincoln
Rockwell, and George Lincoln Rockwell, Inc., a Virginia corporation

and

The American Nazi Party, aka National
Socialist White Peoples Party, individually and as custodian of the remains
of George Lincoln Rockwell, Appellants.

v.

**Stanley R. RESOR**, Individually and as
Secretary of the Army of the United
States of America, and Robert S. McNamara, Individually and as Secretary
of Defense of the United States, Appellees.

**No. 13474.**

United States Court of Appeals
Fourth Circuit.

Argued Nov. 6, 1969.

Decided Nov. 24, 1969.

Herbert A. Rosenthal, Jr., Washington,
D. C., and Philip J. Hirschkop, Alexandria, Va. (Cohen, Hirschkop, Hall &
Jackson, Alexandria, Va., Lawrence Speiser, Ralph Temple, Washington, D. C.,
and David M. Weitzman, Falls Church,
Va., on brief), for appellants.

Stephen R. Felson, Atty., Department
of Justice (William D. Ruckelshaus, Asst.
Atty. Gen., and Robert V. Zener, Atty.,
Department of Justice, and Brian P. Gettings, U. S. Atty., on brief), for appellees.

Before SOBELOFF, WINTER and BUTZNER, Circuit Judges.

**PER CURIAM:**

The judgment appealed from is affirmed on the opinion of the District Court. 296 F.Supp. 558 (E.D.Va.1969).

Affirmed.